**Order entered July 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00102-CV

### IN RE J. KYLE BASS ET AL, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06253-C**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court is real parties in interest's June 8, 2021 amended conditional motion to seal real parties' supplemental mandamus record. Relators advise us that some of the documents contained in the fifth supplemental mandamus record have been designated as "Confidential—Subject to Protective Order" in the proceedings below. Real parties state that, although they disagree that the confidentiality designations are warranted, they have conditionally filed this motion to comply with the trial court's October 20, 2020 protective order. However, they request that the Court deny the conditional motion.

The trial court's October 30, 2020 protective order does not appear to meet the requirements of Rule 76a. *See* TEX. R. CIV. P. 76a (setting forth the requirements for sealing court records). Accordingly, we will withhold our ruling on the motion and will not post the fifth supplemental mandamus record to the court's website at this time. The parties have **TWENTY DAYS** from the date of this order to provide a proper Rule 76a order from the trial court permitting the filing of the fifth supplemental mandamus record under seal and to supplement the mandamus record with a copy of that order. Failure to do so will result in the denial of the motion, unless, within that timeframe, the parties submit briefing establishing a valid legal basis on which we may maintain the documents under seal without an order sealing the documents in the trial court.

/s/    DAVID J. SCHENCK
       JUSTICE